

COM.

v.

SCOTT, E.

**1281 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–28–CR–0002047–2015

(Franklin)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**ZUFRIEDEN ACRES FAMILY**

**1382 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–01–SA–0000041–2016

(Adams)

Transfer to Commonwealth Court

COM.

v.

DOSCH, S.

**1426 MDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–36–CR–0000115–2010
CP–36–CR–0000485–2011
CP–36–CR–0000618–2011
CP–36–CR–0002737–2011
CP–36–CR–0005606–2011

(Lancaster)

Remanded Jurisdiction Retained

COM.

v.

LUSTER, G.

**552 WDA 2016**

Superior Court of Pennsylvania.

5/16/2017

CP–02–CR–0010391–2013

(Allegheny)

Affirmed

